# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America,

      Plaintiff

v.

Andres Ramirez,

      Defendant

Case No.: 2:19-cr-0087-APG-BNW

**Order Dismissing Case**

[ECF No. 9]

      The Government's motion to dismiss the criminal information **(ECF No. 9) is granted**. All charges in this case against defendant Andres Ramirez are dismissed.  The clerk of court shall close this file.

      DATED this 9th day of December, 2020

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE